Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Bryce McCall

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryce McCall<br><br>       Plaintiff,<br><br>   v.<br><br>TransUnion, LLC; et. al.<br><br>              Defendants. | Case No.: 2:23-cv-00903-DMG-AS<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TRANSUNION, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Bryce McCall and defendant TransUnion, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal of TransUnion, LLC within 28 days once the settlement is finalized.

                                                          **Gale, Angelo, Johnson, & Pruett, P.C.**
Dated: March 9, 2023                    /s/ *Joe Angelo*
                                                          Joe Angelo
                                                          Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1