Kelly Albright, Bar No. 317923
kalbright@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRYCE MCCALL,<br><br>                Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; COASTHILLS CREDIT UNION,<br><br>                Defendants. | Case No. 2:23-cv-00903-DMG-AS<br><br>Hon. Dolly M. Gee<br><br>**NOTICE OF SETTLEMENT WITH PLAINTIFF BRYCE MCCALL**<br><br>Complaint filed:  February 7, 2023 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

PLEASE TAKE NOTICE THAT plaintiff Bryce McCall and defendant Experian Information Solutions, Inc. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff and Experian anticipate filing a dismissal of Experian Information Solutions, Inc. within 60 days once the settlement is finalized.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated:  March 29, 2023 | | GALE ANGELO JOHNSON AND PATRICK PC |
| | | By: */s/ Joseph Brian Angelo* <br> Joseph Brian Angelo |
| | | Attorneys for Plaintiff <br> BRYCE MCCALL |
| Dated:  March 29, 2023 | | JONES DAY |
| | | By: */s/ Kelly Albright* <br> Kelly Albright |
| | | Attorneys for Defendant <br> EXPERIAN INFORMATION SOLUTIONS, INC. |

## Signature Certification

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

*/s/ Kelly Albright*
Kelly Albright